**IT IS SO ORDERED.**

**Dated: 16 November, 2006 08:37 AM**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In Re John M Skilliscorn | Case No. 06-14517 |
| Laurie B Skillicorn | |
| Debtor | Chapter 7 |

**ORDER APPROVING REAFFIRMATION AGREEMENT**

The debtor(s) John M Skilliscorn and Laurie B Skillicorn have filed for approval of the reaffirmation agreement dated 11/9/2006 made between the debtor(s) and Nationstar Mortgage LLC.

COURT ORDER:   The court grants the debtor's reaffirmation agreement described above.

BY THE COURT

###